MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff Dr. Martin Sunday Uwah*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; KEVIN MENON, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; RICARDO LOPEZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DOE OFFICERS I - III, individually and in their capacities as Las Vegas Metropolitan Police Department Officers,<br><br>Defendants. | Case. No.: 2:20-cv-01773-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF'S RESPONSE TO LVMPD DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Response to LVMPD Defendants' Motion for Partial Dismissal (ECF No. 6) filed on December 30, 2020 by an additional seven (7) days, extending the deadline from January 13, 2021 to January 20, 2021. This is the first stipulation for extension of time for Plaintiff to file his Response.

1

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to her scheduling conflicts limiting her ability to timely respond to LVMPD Defendants' Motion for Partial Dismissal.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Response to LVMPD Defendants' Motion for Partial Dismissal (ECF No. 6) filed on December 30, 2020 to up to and including January 20, 2021.

IT IS SO STIPULATED.

DATED this 11th day of January, 2021.            DATED this 11th day of January, 2021.

**MCLETCHIE LAW**                                 **MARQUIS AURBACH COFFING**

*/s/ Margaret A. McLetchie*                       */s/ Jackie V. Nichols*
Margaret A. McLetchie, NBN 10931                  Craig R. Anderson, NBN 6882
701 E. Bridger Ave., Suite 520                    Jackie V. Nichols, NBN 14246
Las Vegas, NV 89101                               10001 Park Run Drive
*Attorney of Plaintiff*                           Las Vegas, Nevada 89145
*Martin Sunday Uwah*                              *Attorneys for Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, Kevin Menon and Ricardo Lopez*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 11, 2021