1  MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
2  LEO S. WOLPERT, Nevada Bar No. 12658
3  **MCLETCHIE LAW**
602 South Tenth Street
4  Las Vegas, NV 89101
Telephone: (702) 728-5300
5  Fax: (702) 425-8220
6  Email: maggie@nvlitigation.com
*Counsel for Plaintiff Dr. Martin Sunday Uwah*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individually and in his official capacity as Sheriff; KEVIN MENON, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; RICARDO LOPEZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DOE OFFICERS I - III, individually and in their capacities as Las Vegas Metropolitan Police Department Officers,<br><br>Defendants. | Case. No.: 2:20-cv-01773-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br>**[ECF No. 20]** |

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Amended Complaint by an additional seven (7) days, extending the deadline from July 9, 2021, to July 16, 2021 (ECF No. 20). This is the first stipulation

1

for extension of time for Plaintiff to file his Amended Complaint.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to scheduling conflicts limiting their ability to timely amend, including but not limited to discovery obligations in state and federal court matters, a state unemployment complaint which counsel was required to submit on July 7, 2021, and a reply brief on July 8, 2021, in a state court matter.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Amended Complaint to up to and including July 16, 2021.

IT IS SO STIPULATED.

DATED this 9th day of July, 2021.　　　　　　　DATED this 9th day of July, 2021.

**MCLETCHIE LAW**　　　　　　　　　　　　　　**MARQUIS AURBACH COFFING**

/s/ Leo S. Wolpert　　　　　　　　　　　　　　/s/ Jackie V. Nichols
Margaret A. McLetchie, NBN 10931　　　　　　Craig R. Anderson, NBN 6882
Alina M. Shell, NBN 11711　　　　　　　　　　Jackie V. Nichols, NBN 14246
Leo S. Wolpert, NBN 12658　　　　　　　　　　10001 Park Run Drive
602 South Tenth Street　　　　　　　　　　　　Las Vegas, Nevada 89145
Las Vegas, NV 89101　　　　　　　　　　　　　*Attorneys for Defendants Las Vegas*
*Attorney of Plaintiff*　　　　　　　　　　　　　*Metropolitan Police Department, Joseph*
*Martin Sunday Uwah*　　　　　　　　　　　　*Lombardo, Kevin Menon and Ricardo Lopez*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 14, 2021