**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas
  Metropolitan Police Department, Joseph
  Lombardo, Kevin Menon, and Ricardo Lopez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>Defendants. | Case Number:<br>2:20-cv-01773-JCM-VCF<br><br>**STIPULATION AND ORDER** |

Pursuant to the United States District Court's May 16, 2022 Minute Order [ECF No. 50], Plaintiff Martin Sunday Uwah, by and through their counsel of record, Margaret A. McLetchie, Esq., Dayvid J. Figler, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Officer Kevin Menon ("Menon"), and Officer Ricardo Lopez ("Lopez"), collectively ("LVMPD Defendants") (collectively the "Parties"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby stipulate and agree to the following:

1. On May 20, 2022, the Parties submitted a stipulation and order to the Court regarding their meet and confer efforts pertaining to LVMPD's pending Motion for Protective Order regarding the FRCP 30(b)(6) deposition topics.

2. After reviewing the proposed modified FRCP 30(b)(6) deposition topics, the Parties agree that Court intervention is no longer necessary.

3. As such, LVMPD withdraws its Motion for Protective Order and asks that the Court vacate any hearing related to the same.

4. The Parties further agree that in lieu of Topic No. 16 outlined in the FRCP 30(b)(6) deposition, Plaintiff will be able to propound one interrogatory and one request for production of documents to LVMPD seeking the requested information.

5. The Parties further agree that due to the scheduling of depositions after the close of discovery, the dispositive motion and pre-trial report deadlines shall be extended by forty-five days.

6. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 24th day of May, 2022　　　　　　Dated this 24th day of May, 2022

MCLETCHIE LAW　　　　　　　　　　　　MARQUIS AURBACH

By:　/s/ Dayvid J. Figler　　　　　　　　　　By:　/s/ Jackie V. Nichols
　　Margaret A. McLetchie, Esq.　　　　　　　　Craig R. Anderson, Esq.
　　Nevada Bar No. 10931　　　　　　　　　　　Nevada Bar No. 6882
　　Dayvid J. Figler, Esq.　　　　　　　　　　　Jackie V. Nichols, Esq.
　　Nevada Bar No. 4264　　　　　　　　　　　　Nevada Bar No. 14246
　　Leo S. Wolpert, Esq.　　　　　　　　　　　　10001 Park Run Drive
　　Nevada Bar No. 12658　　　　　　　　　　　　Las Vegas, Nevada 89145
　　602 South 10th Street　　　　　　　　　　　Attorneys for Defendants Las Vegas
　　Las Vegas, Nevada 89101　　　　　　　　　　Metropolitan Police Department,
　　Attorneys for Plaintiff Martin Sunday　　　Joseph Lombardo, Kevin Menon, and
　　Uwah　　　　　　　　　　　　　　　　　　　　Ricardo Lopez

## **ORDER**

IT IS SO ORDERED this 24th day of May, 2022.

IT IS HEREBY ORDERED that the emergency motion for protective order (ECF NO. 45) is WITHDRAWN.
IT IS FURTHER ORDERED that the last day to file dispositive motion is August 25, 2022.  Joint Pretrial Order must be filed on or before September 26, 2022.  If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

_____
UNITED STATES MAGISTRATE JUDGE

MAC:14687-324 4729568_1 5/24/2022 8:01 AM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 24th day of May, 2022.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach