MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Dr. Martin Sunday Uwah*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>       Defendants. | **Case. No.: 2:20-cv-01773-JCM-NJK**<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br>**[ECF No. 59]** |

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 59) by an additional (14) days, extending the deadline from October 20, 2022 to November 3, 2022. This is the first stipulation for extension of time for Plaintiff to oppose Defendants' Motion for Summary Judgment.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

1

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM



1         Counsel for Plaintiff initiated this request due to their scheduling conflicts limiting

2 their ability to timely and adequately respond to Defendants' dispositive motion.

3         WHEREFORE, the parties respectfully request that this Court extend the deadline

4 to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment up to and

5 including November 3, 2022.

6         IT IS SO STIPULATED.

7 DATED this 18th day of October, 2022.     DATED this 18th day of October, 2022.

8 **MCLETCHIE LAW**            **MARQUIS AURBACH**

9

10 */s/ Leo S. Wolpert*              */s/ Jackie V. Nichols*

11 Margaret A. McLetchie, NBN 10931     Craig R. Anderson, NBN 6882

   Leo S. Wolpert, NBN 12658         Jackie V. Nichols, NBN 14246

12 602 South Tenth Street            10001 Park Run Drive

13 Las Vegas, NV 89101             Las Vegas, Nevada 89145

   *Attorneys for Plaintiff*           *Attorneys for Defendants Las Vegas*

14 *Martin Sunday Uwah*            *Metropolitan Police Department, Joseph*

15                               *Lombardo, Kevin Menon and Ricardo Lopez*

16

17                        **ORDER**

18             IT IS SO ORDERED.

19

20

21

22 U.S. DISTRICT JUDGE

23 DATED: October 19, 2022

24

25

26

27

28