MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Dr. Martin Sunday Uwah*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>Defendants. | Case. No.: 2:20-cv-01773-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE MOTION FOR SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)**<br>**[ECF No. 66]** |

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 66) by an additional fourteen (14) days, extending the deadline from November 17, 2022, to December 1, 2022. This is the third stipulation for extension of time for Plaintiff to oppose Defendants' Motion for Summary Judgment.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

1

Counsel for Plaintiff initiated this request due to their scheduling conflicts limiting their ability to timely and adequately respond to Defendants' dispositive motion.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment up to and including December 1, 2022.

IT IS SO STIPULATED.

DATED this 15th day of November, 2022.      DATED this 15th day of November, 2022.

**MCLETCHIE LAW**                            **MARQUIS AURBACH**

/s/ Leo S. Wolpert                           /s/ Jackie V. Nichols
Margaret A. McLetchie, NBN 10931             Craig R. Anderson, NBN 6882
Leo S. Wolpert, NBN 12658                    Jackie V. Nichols, NBN 14246
602 South Tenth Street                       10001 Park Run Drive
Las Vegas, NV 89101                          Las Vegas, Nevada 89145
*Attorneys for Plaintiff*                    *Attorneys for Defendants Las Vegas*
*Martin Sunday Uwah*                         *Metropolitan Police Department, Joseph*
                                             *Lombardo, Kevin Menon and Ricardo Lopez*

### ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: November 15, 2022