MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Dr. Martin Sunday Uwah*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARTIN SUNDAY UWAH, an individual,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,

Defendants.

**Case. No.: 2:20-cv-01773-JCM-NJK**

**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE MOTION FOR SUMMARY JUDGMENT**

**(FIFTH REQUEST)**
**[ECF No. 59]**

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 59) by an additional seven (7) days, extending the deadline from December 8, 2022, to December 15, 2022. This is the fifth stipulation for extension of time for Plaintiff to oppose Defendants' Motion for Summary Judgment.

/ / /

/ / /

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to counsel's illness, scheduling conflicts limiting the ability to timely and adequately respond to Defendants' dispositive motion, and Plaintiff's counsel's preparation for oral argument scheduled for Friday, December 9, 2022, before the United States Court of Appeals for the Ninth Circuit.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment up to and including December 15, 2022.

IT IS SO STIPULATED.

DATED this 8th day of December, 2022.

**MCLETCHIE LAW**

*/s/ Leo S. Wolpert*
Margaret A. McLetchie, NBN 10931
Leo S. Wolpert, NBN 12658
602 South Tenth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Martin Sunday Uwah*

DATED this 8th day of December, 2022.

**MARQUIS AURBACH**

*/s/ Jackie V. Nichols*
Craig R. Anderson, NBN 6882
Jackie V. Nichols, NBN 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, Kevin Menon and Ricardo Lopez*

**ORDER**

IT IS SO ORDERED.

James C. Mahan
U.S. DISTRICT JUDGE

DATED: December 8, 2022

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM