**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas
   Metropolitan Police Department, Joseph
   Lombardo, Kevin Menon, and Ricardo Lopez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>Defendants. | Case Number:<br>2:20-cv-01773-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LR IA 6-1, Plaintiff Martin Sunday Uwah and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Officer Kevin Menon ("Menon"), and Officer Ricardo Lopez ("Lopez"), collectively ("LVMPD Defendants"), by and through their attorneys of record, hereby stipulate and request that this Court extend the deadline to file LVMPD Defendants' Reply in Support of Motion for Summary Judgment [ECF No. 59] by an additional (14) days, extending the deadline from December 29, 2022 to January 12, 2023. This is the first stipulation for extension of time for LVMPD Defendants to reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request is based upon the following:

Counsel for LVMPD Defendants initiated this request due to their scheduling conflicts limiting their ability to timely and adequately respond to Plaintiff's opposition.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file LVMPD Defendants' Reply in Support of Motion for Summary Judgment up to and including January 12, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 29th day of December, 2022. | Dated this 29th day of December, 2022. |
| MCLETCHIE LAW | MARQUIS AURBACH |
| By: */s/ Margaret A. McLetchie* | By: */s/ Jackie V. Nichols* |
| Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>Leo S. Wolpert, Esq.<br>Nevada Bar No. 12658<br>602 South Tenth Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff<br>Martin Sunday Uwah | Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jackie V. Nichols, Esq.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, Kevin Menon, and Ricardo Lopez |

## ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: December 30, 2022