**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department, Joseph
    Lombardo, Kevin Menon, and Ricardo Lopez

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>Defendants. | Case Number:<br>2:20-cv-01773-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Martin Sunday Uwah, by and through their counsel of record, Margaret A. McLetchie, Esq., Pieter M. O'Leary, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Officer Kevin Menon ("Menon"), and Officer Ricardo Lopez ("Lopez"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby stipulate and request that this Court extend the deadline to file LVMPD Defendants' Reply in Support of Motion for Summary Judgment [ECF No. 59] by an additional (7) days, extending the deadline from January 12, 2023 to January 19, 2023.  This is the second stipulation for extension of time for LVMPD Defendants to reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request is based upon the following:

1.    LVMPD Defendants filed their Motion for Summary Judgment on September 29, 2022 [ECF No. 59];

2.    Plaintiffs' Opposition to LVMPD Defendants' Motion for Summary Judgment was filed on December 15, 2022 [ECF No. 74];

3.    Counsel for LVMPD Defendants initiated this request due to their scheduling conflicts limiting their ability to timely and adequately respond to Plaintiff's opposition;

4.    The Parties have agreed to a 1 week extension for LVMPD Defendants' Reply in Support of Motion for Summary Judgment;

5.    This is the Parties' second request to extend the deadline to LVMPD Defendants' Reply in Support of Motion for Summary Judgment;

6.    Accordingly, the deadline for LVMPD Defendants' Reply in Support of Motion for Summary Judgment, currently due on January 12, 2023, be extended to and including Thursday, January 19, 2023; and

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-324 4955746_1 1/12/2023 2:28 PM

7.      This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this <u>12th</u> day of January, 2023

MCLETCHIE LAW

By:   <u>/s/ Margaret A. McLetchie</u>
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Pieter M. O'Leary, Esq.
    Nevada Bar No. 15297
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff Martin Sunday
    Uwah

Dated this <u>12th</u> day of January, 2023

MARQUIS AURBACH

By:   <u>/s/ Jackie V. Nichols</u>
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department,
    Joseph Lombardo, Kevin Menon, and
    Ricardo Lopez

## ORDER

The above Stipulation is hereby GRANTED.

DATED January 12, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-324 4955746_1 1/12/2023 2:28 PM

1

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 12th day of January, 2023.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐      I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-324 4955746_1 1/12/2023 2:28 PM