**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department, Joseph
    Lombardo, Kevin Menon, and Ricardo Lopez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>                            Plaintiff,<br><br>          vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>                            Defendants. | Case Number:<br>2:20-cv-01773-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Martin Sunday Uwah, by and through their counsel of record, Margaret A. McLetchie, Esq., Pieter M. O'Leary, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Officer Kevin Menon ("Menon"), and Officer Ricardo Lopez ("Lopez"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby stipulate and request that this Court extend the deadline to file LVMPD Defendants' Reply in Support of Motion for Summary Judgment [ECF No. 59] by an additional (7) days, extending the deadline from January 19, 2023 to January 26, 2023.  This is the third stipulation for extension of time for LVMPD Defendants to reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment. This

MAC:14687-324 4962997_1 1/19/2023 3:05 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Request for an extension of time is not sought for any improper purpose or other purpose of delay.  This request is based upon the following:

1.      LVMPD Defendants filed their Motion for Summary Judgment on September 29, 2022 [ECF No. 59];

2.      Plaintiffs' Opposition to LVMPD Defendants' Motion for Summary Judgment was filed on December 15, 2022 [ECF No. 74];

3.      Counsel for LVMPD Defendants initiated this request due to their scheduling conflicts limiting their ability to timely and adequately respond to Plaintiff's opposition;

4.      The Parties have agreed to a 1 week extension for LVMPD Defendants' Reply in Support of Motion for Summary Judgment;

5.      This is the Parties' third request to extend the deadline to LVMPD Defendants' Reply in Support of Motion for Summary Judgment;

6.      Accordingly, the deadline for LVMPD Defendants' Reply in Support of Motion for Summary Judgment, currently due on January 19, 2023, be extended to and including Thursday, January 26, 2023; and

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

MAC:14687-324 4962997_1 1/19/2023 3:05 PM

1      7.      This Stipulation is being entered in good faith and not for purposes of delay.

2      IT IS SO STIPULATED.

3  Dated this 19th day of January, 2023          Dated this 19th day of January, 2023

4  MCLETCHIE LAW                                MARQUIS AURBACH

5  By:    /s/ Margaret A. McLetchie
       Margaret A. McLetchie, Esq.           By:    /s/ Jackie V. Nichols
6      Nevada Bar No. 10931                       Craig R. Anderson, Esq.
       Pieter M. O'Leary, Esq.                   Nevada Bar No. 6882
7      Nevada Bar No. 15297                       Jackie V. Nichols, Esq.
       Leo S. Wolpert, Esq.                      Nevada Bar No. 14246
8      Nevada Bar No. 12658                       10001 Park Run Drive
       602 South 10th Street                     Las Vegas, Nevada 89145
9      Las Vegas, Nevada 89101                   Attorneys for Defendants Las Vegas
       Attorneys for Plaintiff Martin Sunday     Metropolitan Police Department,
10     Uwah                                      Joseph Lombardo, Kevin Menon, and
                                                 Ricardo Lopez
11

12                              **ORDER**

13     The above Stipulation is hereby GRANTED.

14     DATED January 20, 2023.

15

16     _____
       UNITED STATES DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-324 4962997_1 1/19/2023 3:05 PM

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (THIRD REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the <u>19th</u> day of January, 2023.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐      I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 4 of 4

MAC:14687-324 4962997_1 1/19/2023 3:05 PM