MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Dr. Martin Sunday Uwah*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>Defendants. | Case. No.: 2:20-cv-01773-JCM-~~NJK~~ VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order by an additional twenty-eight (28) days, extending the deadline from September 29, 2023[1], to October 27, 2022. This is the first stipulation for extension of time to file the Joint Pretrial Order.

---

[1] On August 30, 2023, this Court entered an Order partially granting and partially denying LVMPD Defendants' Motion for Summary Judgment. (ECF No. 83.) Pursuant to LR 26-1(b)(5), the deadline for filing the joint pretrial order is "suspended until 30 days after decision on the dispositive motion or further court order.

1

1  This Request for an extension of time is not sought for any improper purpose or
2 other purpose of delay. This request for extension is based upon the following:
3  Counsel for Plaintiff initiated this request due to their scheduling conflicts limiting
4 their ability to timely and adequately meet and confer with Defendants' counsel regarding
5 the joint pretrial order. Specifically, Ms. McLetchie was infected with COVID-19 from
6 September 18 through September 24, 2023, severely limiting her ability to work during that
7 time period (and she continues to be affected).
8  Additionally, Ms. McLetchie and Mr. Wolpert will be travelling outside of the
9 jurisdiction from September 30 through October 16, 2023 and will have limited Internet
10 access during that time period.
11  Furthermore, the parties wish to discuss the possibility of resolution before
12 beginning the trial process.
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2



1  WHEREFORE, the parties respectfully request that this Court extend the deadline
2 to file the Joint Pretrial Order by up to and including October 27, 2023.
3  IT IS SO STIPULATED.
4 DATED this 27th day of September, 2023.     DATED this 27th day of September, 2023.

**MCLETCHIE LAW**                                        **MARQUIS AURBACH**

*/s/ Leo S. Wolpert*                                     */s/ Jackie V. Nichols*
Margaret A. McLetchie, NBN 10931          Craig R. Anderson, NBN 6882
Leo S. Wolpert, NBN 12658                        Jackie V. Nichols, NBN 14246
602 South Tenth Street                                10001 Park Run Drive
Las Vegas, NV 89101                                  Las Vegas, Nevada 89145
*Attorneys for Plaintiff*                              *Attorneys for Defendants Las Vegas*
*Martin Sunday Uwah*                             *Metropolitan Police Department, Joseph*
                                                                     *Lombardo, Kevin Menon and Ricardo Lopez*

/

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED ___9-27-2023_____

3