MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Dr. Martin Sunday Uwah*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>Defendants. | Case. No.: 2:20-cv-01773-JCM-~~NJK~~ VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order by an additional 90(31) days, extending the deadline from Friday, October 27, 2022, to Thursday, January 25, 2024. This is the second stipulation for extension of time to file the Joint Pretrial Order.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

///

1

Counsel for Plaintiff initiated this request due to their scheduling conflicts limiting their ability to timely and adequately meet and confer with Defendants' counsel regarding the joint pretrial order. Specifically, Ms. McLetchie was infected with COVID-19 from September 18 through September 24, 2023, severely limiting her ability to work during that time.

Additionally, Ms. McLetchie and Mr. Wolpert travelled outside of the jurisdiction from September 30 through October 16, 2023, and had limited Internet access during that time.

When Ms. McLetchie returned to the jurisdiction, she was again quite ill (non-COVID), which significantly limited her ability to work.

Further, the parties wish to continue discussing the possibility of resolution before beginning the trial process.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file the Joint Pretrial Order by up to and including Thursday, January 25, 2024.

**IT IS SO STIPULATED.**

DATED this 27th day of October, 2023.        DATED this 27th day of October, 2023.

**MCLETCHIE LAW**                              **MARQUIS AURBACH**

*/s/ Margaret A. McLetchie*                    */s/ Jackie V. Nichols*
Margaret A. McLetchie, NBN 10931               Craig R. Anderson, NBN 6882
Leo S. Wolpert, NBN 12658                      Jackie V. Nichols, NBN 14246
602 South Tenth Street                         10001 Park Run Drive
Las Vegas, NV 89101                            Las Vegas, Nevada 89145
*Attorneys for Plaintiff*                      *Attorneys for Defendants*

### ORDER

IT IS SO ORDERED.

DATED: 10-30-2023        _____
                         U.S. ~~DISTRICT~~ JUDGE
                              Magistrate

2