MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Dr. Martin Sunday Uwah*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>Defendants. | Case. No.: 2:20-cv-01773-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order by an additional ninety (90) days, extending the deadline from Thursday, January 25, 2024 to Wednesday April 24, 2024. This is the third stipulation for extension of time to file the Joint Pretrial Order.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

/ / /

1

Counsel for Plaintiff initiated this request due to their scheduling conflicts limiting their ability to timely and adequately meet and confer with Defendants' counsel regarding the joint pretrial order. In addition to her normal caseload, Ms. McLetchie has had several immutable deposition and discovery deadlines in *Hollingsworth v. City of North Las Vegas, et. al.*, Case No. 2:21-cv-02230-CDS-NJK since expedited discovery was ordered in that matter in December 2023.

Additionally, Ms. McLetchie and Mr. Wolpert travelled outside of the jurisdiction from December 20 through December 28, 2023, and had limited Internet access during that time. Furthermore, upon returning, Ms. McLetchie was ill and unavailable to perform legal work until January 2, 2024.

Further, the parties wish to continue discussing the possibility of resolution before beginning the trial process.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file the Joint Pretrial Order by up to and including Wednesday April 24, 2024.

**IT IS SO STIPULATED.**

DATED this 24th day of January, 2024.          DATED this 24th day of January, 2024.

**MCLETCHIE LAW**                                              **MARQUIS AURBACH**

*/s/ Leo S. Wolpert*                                                    */s/ Jackie V. Nichols*
Margaret A. McLetchie, NBN 10931              Craig R. Anderson, NBN 6882
Leo S. Wolpert, NBN 12658                           Jackie V. Nichols, NBN 14246
602 South Tenth Street                                    10001 Park Run Drive
Las Vegas, NV 89101                                       Las Vegas, Nevada 89145
*Attorneys for Plaintiff*                                      *Attorneys for Defendants*

**ORDER**

For good cause shown, IT IS SO ORDERED.

DATED: 1-30-24

_____
U.S. MAGISTRATE JUDGE

2