MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Dr. Martin Sunday Uwah*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>Defendants. | Case. No.: 2:20-cv-01773-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FOURTH REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order by an additional ninety (90) days, extending the deadline from Wednesday April 24, 2024 to Tuesday, July 23, 2024. This is the fourth stipulation for extension of time to file the Joint Pretrial Order.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

/ / /

1

Counsel for Plaintiff initiated this request due to their scheduling conflicts limiting their ability to timely and adequately meet and confer with Defendants' counsel regarding the joint pretrial order. In addition to their normal caseload, Ms. McLetchie and Mr. Wolpert have been attending to personal and family medical issues. For instance, Mr. Wolpert has been required to make frequent visits to Tucson, Arizona to assist his parents, specifically his father who is suffering from ALS. Furthermore, Ms. McLetchie has been required to assist with caring for her mother, who has been diagnosed with Stage IV cancer in her liver.

Further, the parties wish to continue discussing the possibility of resolution before beginning the trial process.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file the Joint Pretrial Order by up to and including Tuesday, July 23, 2024.

**IT IS SO STIPULATED.**

DATED this 24th day of April, 2024.　　　　DATED this 24th day of April, 2024.

**MCLETCHIE LAW**　　　　　　　　　　　　**MARQUIS AURBACH**

/s/ Margaret A. McLetchie　　　　　　　　　/s/ Jackie V. Nichols
Margaret A. McLetchie, NBN 10931　　　　Craig R. Anderson, NBN 6882
Leo S. Wolpert, NBN 12658　　　　　　　　Jackie V. Nichols, NBN 14246
602 South Tenth Street　　　　　　　　　　10001 Park Run Drive
Las Vegas, NV 89101　　　　　　　　　　　Las Vegas, Nevada 89145
*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED. GRANTED for good cause shown.

DATED: 5-1-24

_____
U.S. MAGISTRATE JUDGE