MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Dr. Martin Sunday Uwah*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN SUNDAY UWAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, individually; DOE OFFICERS I - III, individually,<br><br>Defendants. | **Case. No.: 2:20-cv-01773-JCM-MDC**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FOURTH REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff MARTIN SUNDAY UWAH and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, KEVIN MENON and RICARDO LOPEZ, (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order by an additional six (6) days, extending the deadline from Tuesday, July 23, 2024, to Monday, July 29, 2024. This is the fourth stipulation for extension of time to file the Joint Pretrial Order.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

///

1

Counsel for Plaintiff initiated this request due to their scheduling conflicts limiting their ability to timely and adequately meet and confer with Defendants' counsel regarding the joint pretrial order.

Further, the parties wish to continue discussing the possibility of resolution before beginning the trial process.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file the Joint Pretrial Order by up to and including Monday, July 29, 2024.

**IT IS SO STIPULATED.**

DATED this 25th day of July, 2024.   DATED this 25th day of July, 2024.

**MCLETCHIE LAW**   **MARQUIS AURBACH**

*/s/ Margaret A. McLetchie*   */s/ Jackie V. Nichols*
Margaret A. McLetchie, NBN 10931   Craig R. Anderson, NBN 6882
Leo S. Wolpert, NBN 12658   Jackie V. Nichols, NBN 14246
602 South Tenth Street   10001 Park Run Drive
Las Vegas, NV 89101   Las Vegas, Nevada 89145
*Attorneys for Plaintiff*   *Attorneys for Defendants*

### ORDER

IT IS SO ORDERED.

DATED: 07-26-24

U.S. MAGISTRATE JUDGE