1 **Marquis Aurbach**
Craig R. Anderson, Esq.
2 Nevada Bar No. 6882
10001 Park Run Drive
3 Las Vegas, Nevada 89145
Telephone: (702) 382-0711
4 Facsimile: (702) 382-5816
canderson@maclaw.com
5   Attorneys for Defendants Las Vegas
    Metropolitan Police Department, Joseph
6   Lombardo, Kevin Menon, and Ricardo Lopez

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

| | |
|---|---|
| 9 MARTIN SUNDAY UWAH, an individual, | Case Number: |
| 10 Plaintiff, | 2:20-cv-01773-JCM-MDC |
| 11 vs. | |
| 12 LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in | |
| 13 his official capacity as Sheriff; KEVIN MENON, individually; RICARDO LOPEZ, | |
| 14 individually; DOE OFFICERS I - III, individually, | |
| 15 | |
| 16 Defendants. | |

17 **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

18   Plaintiff Martin Sunday Uwah ("Plaintiff"), by and through his attorney of record,

19 McLetchie Law, and Defendants Las Vegas Metropolitan Police Department ("LVMPD"),

20 Sheriff Joseph Lombardo, Officer Kevin Menon, and Officer Ricardo Lopez ("LVMPD

21 Defendants"), by and through their attorney of record, Marquis Aurbach hereby stipulate to

22 dismiss the above-referenced matter with prejudice; and

23

24   / / /

25

26   / / /

27

28   / / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 30th day of August, 2024.

| MCLETCHIE LAW | MARQUIS AURBACH |
|---|---|
| By: *s/Margaret A. McLetchie* <br> Margaret A. McLetchie, Esq. <br> Nevada Bar No. 10931 <br> Leo S. Wolpert, Esq. <br> Nevada Bar No. 12658 <br> 602 South 10th Street <br> Las Vegas, Nevada 89101 <br> Attorneys for Plaintiff | By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Defendants |

## **ORDER**

IT IS HEREBY ORDERED that the above-referenced matter be dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties bear their own attorney fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 5, 2024